THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELISTORM, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGNIX USA, INC, a Delaware corporation,<br><br>Defendant. | Case No.: 2:25-cv-01191-MJP<br><br>**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

THIS MATTER having come before this Court on Defendant magniX USA, Inc.'s Second Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint ("Motion"), and this Court having reviewed and considered the Motion and being otherwise fully apprised and informed in all respects as to the matters herein;

Now, therefore, IT IS HEREBY ORDERED as follows:

1. Defendant's Motion is GRANTED.

2. Defendant's deadline to respond to Plaintiff's Complaint is September 22, 2025.

IT IS SO ORDERED this 12th day of September, 2025.

[~~PROPOSED~~] ORDER
CASE NO. 2:25-CV-01191-MJP

-1-

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104
TEL: (206) 903-8800

*[signature]*

HONORABLE MARSHA J. PECHMAN

[PROPOSED] ORDER
CASE NO. 2:25-CV-01191-MJP

-2-

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104
TEL: (206) 903-8800